IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
IN ADMIRALTY

| | |
|---|---|
| HIGHLAND PARK REAL ESTATE DEVELOPMENT CORP., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| M/V SUNCRUZ VIII, US COAST GUARD OFFICIAL NO. 977138, her engines, bowsprit, boat, gaming machines, cash, anchor, cables, chains, rigging, tackle, apparel, furniture and all accessories hereunto appertaining and belonging to her, *in rem*, and VENTURES SOUTH CAROLINA, L.L.C. and OCEANS CASINO CRUISES, INC., *in personam*, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 4:09-cv-3251-TLW

**ORDER**

This matter is before the Court for consideration of the plaintiff's Motion to Dismiss Without Prejudice. (Doc. #11). In the motion, the plaintiff seeks dismissal of this action without prejudice, noting that the defendants in this matter have not been served and therefore have not consented to dismissal. The plaintiff's Motion to Dismiss Without Prejudice is hereby **GRANTED**, and this action is hereby **DISMISSED** without prejudice. (Doc. #11).

**IT IS SO ORDERED**.

    s/ Terry L. Wooten
United States District Judge

April 6, 2010
Florence, South Carolina